NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: INTELLIGENT PACKAGING PTY LIMITED,**
*Appellant*

———————————

2021-2101

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/863,823.

———————————

## JUDGMENT

———————————

DONALD L. COX, Lynch, Cox, Gilman & Goodman PSC, Louisville, KY, argued for appellant Intelligent Packaging Pty Limited. Also represented by SCOTT RUSSELL COX, JESSICA CHRISTINE RONALD.

MARY L. KELLY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED; MEREDITH HOPE SCHOENFELD.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, NEWMAN and
STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 4, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |